```
                    FILED
         CLERK, U.S. DISTRICT COURT

              AUG - 7 2023

         CENTRAL DISTRICT OF CALIFORNIA
         BY          NNE           DEPUTY
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD GABRIEL ROBINSON,<br><br>Defendant. | Case No. 2:05-cr-00870-SVW-1<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 31.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

I.

On August 7, 2023, Defendant Howard Gabriel Robinson ("Defendant") appeared before the Court for initial appearance on the petition and warrant for revocation of supervised release issued in this matter, Case No. 2:05-cr-00870-SVW-1. The Court appointed Anuj Nadadur of the Federal Public Defender's Office to represent Defendant.

///
///
///

II.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release, the Court finds that:

    A.   ☒   Defendant submitted to the Government's Request for Detention;

    B.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that he will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- Defendant's lack of compliance with his supervised release conditions.

    D.   ☒   Defendant has not carried his burden of establishing by clear and convincing evidence that he will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    Defendant's lack of compliance with his supervised release conditions, including the allegation that Defendant possessed a firearm.

III.

In reaching this decision, the Court considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community. [18

U.S.C. § 3142(g).]  The Court also considered the report and recommendation of the U.S. Pretrial Services Agency.

### IV.

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated: August 7, 2023

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE